# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-21595-GLT |
| Majestic Hills, LLC, | ) |
| **Debtor,** | ) **Chapter** 11 |
| Christopher Phillips, and | ) |
| Elizabeth Phillips, husband and wife, | ) **Adversary No.** 20-02089-GLT |
| **Plaintiffs,** | ) |
| vs. | ) **Related to Document No.** 1 |
| Majestic Hills, LLC; NVR, Inc. d/b/a | ) |
| Ryan Homes; Pennsylvania Soil and | ) **Document No.** 3 |
| Rock Incorporated; Mark R. Brashear; | ) |
| Alton Industries, Inc.; Joseph N. | ) |
| DeNardo d/b/a JND Properties, LLC; | ) |
| and Shari DeNardo, | ) |
| **Defendants.** | ) |

## EXHIBIT "A" TO NOTICE OF REMOVAL OF
## STATE COURT CIVIL ACTION TO BANKRUPTCY COURT

Attached is the Praecipe for Writ of Summons filed by Christopher Phillips and Elizabeth Phillips in the Court of Common Pleas of Washington County on October 29, 2018.

**Respectfully Submitted,**

**DATE:** June 2, 2020

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, PA I.D. #27538**
dcalaiaro@c-vlaw.com

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

WASHINGTON County

*For Prothonotary Use Only:*

Docket No: 2018-6037

FILED 2018 OCT 26 PM 12:08 PROTHONOTARY WASHINGTON CO. PA

Atty Pd $137.75

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [ ] Complaint
- [X] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

Lead Plaintiff's Name: Christopher Phillips

Lead Defendant's Name: Magestic Hills, LLC

Are money damages requested? [X] Yes [ ] No

Dollar Amount Requested: (check one)
- [ ] within arbitration limits
- [X] outside arbitration limits

Is this a *Class Action Suit*? [ ] Yes [X] No

Is this an *MDJ Appeal*? [ ] Yes [X] No

Name of Plaintiff/Appellant's Attorney: _____

[ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**SECTION B**

**TORT** (do not include Mass Tort)
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability (does not include mass tort)
- [ ] Slander/Libel/ Defamation
- [X] Other: Negligence

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** (do not include Judgments)
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

*Updated 1/1/2011*

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER PHILLIPS and ELIZABETH PHILLIPS** | **CIVIL DIVISION** |
| Plaintiffs, | No. 2018-6037 |
| vs. | |
| **MAJESTIC HILLS, LLC; NVR, INC. d/b/a RYAN HOMES; PENNSYLVANIA SOIL AND ROCK INCORPORATED; MARK R. BRASHEAR; ALTON INDUSTRIES, INC.; JOSEPH N. DENARDO d/b/a J.N.D. PROPERTIES; and SHARI DENARDO** | **PRAECIPE FOR WRIT OF SUMMONS** |
| Defendants. | **Filed on behalf of Plaintiffs:** Christopher and Elizabeth Phillips |
| | **Counsel of Record for this Party:** Jeffrey P. Myers, Esquire Pa. I.D. No. 90677 |
| | Joshua D. Brown, Esquire Pa. I.D. No. 315339 |
| | Myers Law Group, LLC 17025 Perry Highway Warrendale, PA 15086 724-778-8800 (Telephone) 724-779-9650 (Facsimile) |

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER PHILLIPS and ELIZABETH PHILLIPS** | **CIVIL DIVISION** |
| Plaintiffs, | No. 2018-6037 |
| vs. | |
| **MAJESTIC HILLS, LLC; NVR, INC. d/b/a RYAN HOMES; PENNSYLVANIA SOIL AND ROCK INCORPORATED; MARK R. BRASHEAR; ALTON INDUSTRIES, INC.; JOSEPH N. DENARDO d/b/a J.N.D. PROPERTIES; and SHARI DENARDO** | |
| Defendants. | |

## PRAECIPE FOR WRIT OF SUMMONS

To:    PROTHONOTARY

Kindly issue a WRIT OF SUMMONS IN A CIVIL ACTION in the above-captioned matter against Majestic Hills, LLC; NVR, Inc. d/b/a Ryan Homes; Pennsylvania Soil and Rock Incorporated; Mark R. Brashear; Alton Industries, Inc.; Joseph N Denardo d/b/a J.N.D. Properties; and Shari Denardo.

The amount in controversy greater than FIFTY THOUSAND ($50,000.00) DOLLARS.

Thank you.

Respectfully submitted,

MYERS LAW GROUP, LLC

Date: October 26, 2018

By: _____
Jeffrey P. Myers, Esquire
Joshua D. Brown, Esquire
*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Counsel for Plaintiffs

Signature: _____

Name: Jeffrey P. Myers, Esquire

Attorney No. (if applicable): 90677

Rev. 7/2018

# The Commonwealth of Pennsylvania

## County of Washington

CHRISTOPHER PHILLIPS and
ELIZABETH PHILLIPS

Plaintiffs,

VS

MAJESTIC HILLS, LLC; NVR, INC. d/b/a
RYAN HOMES; PENNSYLVANIA SOIL
AND ROCK INCORPORATED; MARK R.
BRASHEAR; ALTON INDUSTRIES, INC.;
JOSEPH N. DENARDO d/b/a J.N.D.
PROPERTIES; and SHARI DENARDO

Defendants.

SUMMONS – CIVIL ACTION
NO. 2018-6037

To: MAJESTIC HILLS, LLC; NVR, INC. d/b/a RYAN HOMES; PENNSYLVANIA SOIL
AND ROCK INCORPORATED; MARK R. BRASHEAR; ALTON INDUSTRIES, INC.;
JOSEPH N. DENARDO d/b/a J.N.D. PROPERTIES; and SHARI DENARDO:

You are notified that CHRISTOPHER PHILLIPS and ELIZABETH PHILLIPS,
the Plaintiffs, have commenced a WRIT OF SUMMONS against you.

Date   10-26-2018

*Joy Schury Ranko*
Prothonotary

*Sandra D. Bedillion*
Deputy Prothonotary

**JOY SCHURY RANKO, PROTHONOTARY**
My Term Expires First Monday in January, 2020

| | |
|---|---|
| No. 2018-6037 | |
| CHRISTOPHER PHILLIPS and ELIZABETH PHILLIPS | WRIT OF SUMMONS |
| Plaintiffs, | Issued on 10-26-2018 |
| VS | |
| MAJESTIC HILLS, LLC; NVR, INC. d/b/a RYAN HOMES; PENNSYLVANIA SOIL AND ROCK INCORPORATED; MARK R. BRASHEAR; ALTON INDUSTRIES, INC.; JOSEPH N. DENARDO d/b/a J.N.D. PROPERTIES; and SHARI DENARDO | Jeffrey P. Myers, Esquire |
| Defendants. | Attorney for Plaintiff<br>17025 Perry Highway<br>Warrendale, PA 15086 |

4158