# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-21595-GLT |
| Majestic Hills, LLC, | ) |
| **Debtor,** | ) **Chapter** 11 |
| Christopher Phillips, and | ) |
| Elizabeth Phillips, husband and wife, | ) **Adversary No.** 20-02089-GLT |
| **Plaintiffs,** | ) |
| vs. | ) **Related Document No.** 8-1 |
| Majestic Hills, LLC et al., | ) **Status Conf.:** 07/17/20 @ 1:30 p.m. |
| **Defendants.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Order Setting Status Conference

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 8, 2020.

All Parties and Counsel on Attached List

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or E-mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** June 8, 2020        /s/ Donald R. Calaiaro
**Donald R. Calaiaro, PA I.D. #27538**
dcalaiaro@c-vlaw.com

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**