Douglas and Suzanne Grimes
2021 Majestic Drive
Canonsburg, PA 15317

Brandon B. Rothey, Esquire
Meyer Unkovic & Scott LLP
Henry W. Oliver Building
535 Smithfield Street Suite 1300
Pittsburgh, PA 15222
bbr@muslaw.com

Kate E. McCarthy, Esquire
Meyer Unkovic & Scott LLP
Henry W. Oliver Building
535 Smithfield Street Suite 1300
Pittsburgh, PA 15222
kem@muslaw.com

Frank Kosir, Jr., Esquire
Meyer Unkovic & Scott LLP
Henry W. Oliver Building
535 Smithfield Street Suite 1300
Pittsburgh, PA 15222
fk@muslaw.com

Thomas Ernest Zumpella, Esquire
Thomas Thomas & Hafer LLP
525 William Penn Place, 37th Floor
Suite 3750
Pittsburgh, PA 15219
tzumpella@tthlaw.com

Karin M. Romano, Esquire
Thomas Thomas & Hafer LLP
525 William Penn Place, 37th Floor
Suite 3750
Pittsburgh, PA 15219
kromano@tthlaw.com

Thomas P. McGinnis, Esquire
Thomas Thomas & Hafer LLP
525 William Penn Place, 37th Floor
Suite 3750
Pittsburgh, PA 15219
tmcginnis@tthlaw.com

Samuel G. Dunlop, Esquire
Thomas Thomas & Hafer LLP
525 William Penn Place, 37th Floor
Suite 3750
Pittsburgh, PA 15219
sdunlop@tthlaw.com

Melvin L. Vatz, Esquire
Law Office of Melvin L. Vatz
247 Fort Pitt Blvd., 4th Floor
Pittsburgh, PA 15222
mvatz@vatzlaw.com

NVR, Inc. d/b/a Ryan Homes
11700 Plaza America, Suite 500
Reston, VA 20190

Russell D. Giancola, Esquire
Porter Wright Morris & Arthur
6 PPG Place, Suite 830
Pittsburgh, PA 15222
rgiancola@porterwright.com

Kathleen A. Gallagher, Esquire
Porter Wright Morris & Arthur
6 PPG Place, Suite 830
Pittsburgh, PA 15222
kgallagher@porterwright.com

David I. Kelch, Esquire
Porter Wright Morris & Arthur
6 PPG Place, Suite 830
Pittsburgh, PA 15222
dkelch@porterwright.com

Scott E. North, Esquire
Porter Wright Morris & Arthur
6 PPG Place, Suite 830
Pittsburgh, PA 15222
snorth@porterwright.com

North Strabane Township
1929 Route 519
Canonsburg, PA 15317

Christian D. Marquis, Esquire
Marshall Dennehey Warner Coleman & Goggin, PC
Union Trust Building
501 Grant Street, Suite 700
Pittsburgh, PA 15219
CDMarquis@mdwcg.com

The Gateway Engineers, Inc.
100 McMorris Road
Pittsburgh, PA 15205

Thomas H. Ayoob, III, Esquire
Thomas H. Ayoob III & Associates, LLC
710 Fifth Avenue, Suite 2000
Pittsburgh, PA 15219
tom@pioneerls.com

Matthew Junker, Esquire
Thomas H. Ayoob III & Associates, LLC
710 Fifth Avenue, Suite 2000
Pittsburgh, PA 15219
matthewj@pioneerls.com

Mark Reilly, Esquire
Thomas H. Ayoob, III, Esquire
710 Fifth Avenue, Suite 2000
Pittsburgh, PA 15219
mark@pioneerls.com

Pennsylvania Soil and Rock Incorporated
570 Beatty Road
Monroeville, PA 15146

Mark R. Brashear
570 Beatty Road
Monroeville, PA 15146

Henri Marcel, Esquire
Deasey Mahoney Valentini Ltd.
1601 Market Street, Suite 3400
Philadelphia, PA 19103-2301
hmarcel@dmvlawfirm.com

Christine D Steere, Esquire
Deasey Mahoney & Valentini, Ltd.
103 Chesley Drive
Media, PA 19063;
csteere@dmvlawfirm.com

Alton Industries, Inc.
11 Carlton Drive
Eighty Four, PA 15330

Dennis J. Geis, Jr., Esquire
Margolis Edelstein
535 Smithfield Street, Suite 1100
Pittsburgh, PA 15222
dgeis@margolisedelstein.com

Robert A. Arcovio, Esquire
Margolis Edelstein
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
rarcovio@margolisedelstein.com

Stephen P. Plonski, Esquire
Margolis Edelstein
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
splonski@margolisedelstein.com

Lisa M. Burkhart, Esquire
Brandt Milnes & Rea PC
1109 Grant Building
310 Grant Street
Pittsburgh, PA 15219
lburkhart@bmr-law.com

Gerard J. Cipriani, Esquire
Cipriani & Werner
650 Washington Road, Suite 700
Pittsburgh, PA 15228
gcipriani@c-wlaw.com

Jamie Lenzi, Esquire
Cipriani & Werner
650 Washington Road, Suite 700
Pittsburgh, PA 15228
jlenzi@c-wlaw.com

Joseph B. Mayers, Esquire
3031 Walton Road, Suite A330
Plymouth Meeting, PA 19462
jmayers@themayersfirm.com

Christopher and Elizabeth Phillips
1021 Oakwood Drive
Canonsburg, PA 15317

Robert O Lampl, Esquire
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 1522
rol@lampllaw.com

Benjamin J. Steinberg, Esquire
Myers Law Group LLC
17025 Perry Highway
Warrendale, PA 15086
benjamin@jpmyerslaw.com

Jeffrey P. Myers, Esquire
Myers Law Group LLC
17025 Perry Highway
Warrendale, PA 15086
jeffrey@jpmyerslaw.com

Jeanne E. Hecht
141 Twilight Drive
Canonsburg, PA 15317

Douglas R Nolin, Esquire
Peacock Keller, LLP
95 West Beau Street, Suite 600
Washington, PA 15301
dnolin@peacockkeller.com

Thomas A Steele, Esquire
Peacock Keller, LLP
95 West Beau Street, Suite 600
Washington, PA 15301
tsteele@peacockkeller.com

Jeffrey and Christine Swarek
1024 Oakwood Drive
Canonsburg, PA 15317

John Barton Cromer, Esquire
Burke Cromer Cremonese
517 Court Place
Pittsburgh, PA 15219
jcromer@bccattorneys.com

Morris Knowles & Associates
443 Athena Drive
Delmont, PA 15626

Catherine Loeffler, Esquire
Houston Harbaugh
Three Gateway Center, 22nd Fl.
401 Liberty Ave.
Pittsburgh, PA 15222
loefflercs@hh-law.com

Samuel H. Simon, Esquire
Houston Harbaugh
Three Gateway Center, 22nd Fl.
401 Liberty Ave.
Pittsburgh, PA 15222
ssimon@hh-law.com

Mutual Benefit Insurance Company
409 Penn Street
Huntingdon, PA 16652

Jacob C. Cohn, Esquire
Gordon & Rees, LLP.
Three Logan Square
1717 Arch St, Suite 610
Philadelphia, PA 19103
jcohn@gordonrees.com

Commonwealth of Pennsylvania, Dept. of Environmental Protection
400 Waterfront Drive
Pittsburgh, PA 15222

Vera Kanova, Esquire
Commonwealth of PA Office of Chief Counsel
P.O. Box 8464
400 Market Street, 9th Floor
Harrisburg, PA 17101
verkanova@pa.gov

Brian L. Greenert, Esquire
Commth. of PA, Dept. of Envrionmental Protection
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA  15222
bgreenert@pa.gov

Rajiv and Namrata Bhatt
4006 Brentwood Drive
Canonsburg, PA  15317

Brian and Jessica Sanders
400 Brentwood Drive
Canonsburg, PA  15317

John J. Heurich, Jr., Esquire
The Lynch Law Group
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
jheurich@lynchlaw-group.com

Strnisha Excavation, Inc.
109 Veronica Drive
Canonsburg, PA  15317

John C. Brzustowicz, Esquire
Brzustowicz & Marotta, PC
4160 Washington Rd., Suite 208
McMurray, PA 15317
bmmlaw@brzmar.com

Paul K. Geer, Esquire
DiBella Geer, McAllister & Best, P.C.
20 Stanwix Street, 11th Floor
Pittsburgh, PA 15222
PGeer@dgmblaw.com

Tara L. Maczuzak, Esquire
DiBella, Geer, McAllister & Best
20 Stanwix Street, 11th Floor
Pittsburgh, PA 15222
tmaczuzak@dgmblaw.com

Marjorie A Marotta, Esquire
Brzustowicz & Marotta, PC
4160 Washington Road, Suite 208
McMurray, PA 15317
bmmlaw@brzmar.com

Jason H. Peck, Esquire
DiBella, Geer, McAllister & Best, P.C.
20 Stanwix Street, 11th Floor
Pittsburgh, PA 15222
jpeck@dgmblaw.com

Westfield Insurance Company
One Park Circle
P.O. Box 5001
Westfield Center, OH  44251

Dennis Chow, Esquire
Fowler Hirtzel McNulty & Spaulding, LLP
2000 Market Street, Suite 550
Philadelphia, PA 19103
dchow@fhmslaw.com

Alan and Cynthia Marker
2103 Majestic Drive
Canonsburg, PA  15317

Alexander Coghill
2042 Majestic Drive
Canonsburg, PA 15317

Larry E. Wahlquist
U.S. Trustee Program/Dept. of Justice
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
larry.e.wahlquist@usdoj.gov

Majestic Hills, LLC
3625 Washington Pike
Bridgeville, PA 15017