# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **MAJESTIC HILLS, LLC,** | Bankruptcy No. 20-21595-GLT |
| Debtor. | Chapter 11 |
| **CHRISTOPHER PHILLIPS and, ELIZABETH PHILLIPS, husband and wife,** | Adv. Case. No. 20-02089-GLT |
| | Related to Doc. No. 8 |
| Plaintiffs, | |
| vs. | |
| **MAJESTIC HILLS, LLC et al.,** | |
| Defendants. | |

## STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(e)(3)

**AND NOW** come Christopher and Elizabeth Phillips, by and through their Counsel, Robert O Lampl, John P. Lacher, Ryan J. Cooney, Sy O. Lampl and Alexander L. Holmquist and file the following **Statement Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3)** as follows**:**

Christopher and Elizabeth Phillips do not consent to the entry of final orders or judgment by the Bankruptcy Court.

1

Respectfully Submitted,

Date: June 10, 2020

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEXANDER L. HOLMQUIST
PA I.D. #314159
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **MAJESTIC HILLS, LLC,** | Bankruptcy No. 20-21595-GLT |
| Debtor. | Chapter 11 |
| **CHRISTOPHER PHILLIPS and, ELIZABETH PHILLIPS, husband and wife,** | Adv. Case. No. 20-02089-GLT |
| | Related to Doc. No. 8 |
| Plaintiffs, | |
| vs. | |
| **MAJESTIC HILLS, LLC et al.,** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 10th day of June, 2020, a true and correct copy of the foregoing **Statement Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3)** was served upon the following *(via electronic service and email service)*:

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222
Larry.E.Walquist@usdoj.gov

Donald R. Calaiaro
938 Penn Avenue, suite 501
Pittsburgh, PA 15222
dcalaiaro@c-vlaw.com

Kathleen A. Gallagher
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
kgallagher@porterwright.com

Russel D. Giancola
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
rgiancola@porterwright.com

Dennis J. Geis, Jr.
Margolis Edelstein
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
dgeis@margolisedelstein.com

Melvin Vatz
247 Fort Pitt Blvd., 4th Floor
Pittsburgh, PA 15222
Mvatz@vatzlaw.com

Henry Marcel
Deasey Mahoney Valentine Ltd.
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Hmarcel@dmvlawfirm.com


Date:  June 10, 2020                    */s/ Robert O Lampl*
                                        ROBERT O LAMPL
                                        PA I.D. #19809
                                        JOHN P. LACHER
                                        PA I.D. #62297
                                        RYAN J. COONEY
                                        PA I.D. #319213
                                        SY O. LAMPL
                                        PA I.D. #324741
                                        ALEXANDER L. HOLMQUIST
                                        PA I.D. #314159
                                        223 Fourth Avenue, 4th Fl.
                                        Pittsburgh, PA  15222
                                        (412) 392-0330 (phone)
                                        (412) 392-0335 (facsimile)
                                        Email:  rlampl@lampllaw.com