# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

_____ WASHINGTON _____ County

| For Prothonotary Use Only: |
|---|
| Docket No: |
| 2018- 6037 |

FILED
2018 OCT 26 PM 12:58
PROTHONOTARY WASHINGTON CO. PA

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

**Lead Plaintiff's Name:** Christopher Phillips

**Lead Defendant's Name:** Magestic Hills, LLC

**Are money damages requested?** ☒ Yes ☐ No

**Dollar Amount Requested:** (check one) ☐ within arbitration limits ☒ outside arbitration limits

**Is this a Class Action Suit?** ☐ Yes ☒ No

**Is this an MDJ Appeal?** ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: _____

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**SECTION B**

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☒ Other:
  Negligence

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other

- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other

- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other

- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

*Updated 1/1/2011*

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA

**CHRISTOPHER PHILLIPS and
ELIZABETH PHILLIPS**

**CIVIL DIVISION**

Plaintiffs,

No. 2018- 6037

vs.

**MAJESTIC HILLS, LLC; NVR, INC. d/b/a
RYAN HOMES; PENNSYLVANIA SOIL
AND ROCK INCORPORATED; MARK R.
BRASHEAR; ALTON INDUSTRIES, INC.;
JOSEPH N. DENARDO d/b/a  J.N.D.
PROPERTIES; and SHARI DENARDO**

Defendants.

**PRAECIPE FOR WRIT OF
SUMMONS**

**Filed on behalf of Plaintiffs:**
Christopher and Elizabeth Phillips

**Counsel of Record for this Party:**
Jeffrey P. Myers, Esquire
Pa. I.D. No. 90677

Joshua D. Brown, Esquire
Pa. I.D. No. 315339

Myers Law Group, LLC
17025 Perry Highway
Warrendale, PA 15086
724-778-8800 (Telephone)
724-779-9650 (Facsimile)

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA

**CHRISTOPHER PHILLIPS and**
**ELIZABETH PHILLIPS**

**CIVIL DIVISION**

                    Plaintiffs,

No. 2018-6037

vs.

**MAJESTIC HILLS, LLC; NVR, INC. d/b/a**
**RYAN HOMES; PENNSYLVANIA SOIL**
**AND ROCK INCORPORATED; MARK R.**
**BRASHEAR; ALTON INDUSTRIES, INC.;**
**JOSEPH N. DENARDO d/b/a J.N.D.**
**PROPERTIES; and SHARI DENARDO**

                    Defendants.

## PRAECIPE FOR WRIT OF SUMMONS

To:    PROTHONOTARY

Kindly issue a WRIT OF SUMMONS IN A CIVIL ACTION in the above-captioned matter

against Majestic Hills, LLC; NVR, Inc. d/b/a Ryan Homes; Pennsylvania Soil and Rock

Incorporated; Mark R. Brashear; Alton Industries, Inc.; Joseph N Denardo d/b/a J.N.D. Properties;

and Shari Denardo.

The amount in controversy greater than FIFTY THOUSAND ($50,000.00) DOLLARS.

Thank you.

Respectfully submitted,

MYERS LAW GROUP, LLC

Date: October 26, 2018

By:                                     

                      Jeffrey P. Myers, Esquire
                      Joshua D. Brown, Esquire
                      *Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Case Records Public Access
Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information
and documents differently than non-confidential information and documents.

Submitted by:  Counsel for Plaintiffs

Signature: _____

Name:  Jeffrey P. Myers, Esquire

Attorney No. (if applicable): 90677

# The Commonwealth of Pennsylvania

## County of Washington

CHRISTOPHER PHILLIPS and
ELIZABETH PHILLIPS

Plaintiffs,

      VS

MAJESTIC HILLS, LLC; NVR, INC. d/b/a
RYAN HOMES; PENNSYLVANIA SOIL
AND ROCK INCORPORATED; MARK R.
BRASHEAR; ALTON INDUSTRIES, INC.;
JOSEPH N. DENARDO d/b/a J.N.D.
PROPERTIES; and SHARI DENARDO

      Defendants.

SUMMONS – CIVIL ACTION
NO. 2018-6037

To: MAJESTIC HILLS, LLC; NVR, INC. d/b/a RYAN HOMES; PENNSYLVANIA SOIL
AND ROCK INCORPORATED; MARK R. BRASHEAR; ALTON INDUSTRIES, INC.;
JOSEPH N. DENARDO d/b/a J.N.D. PROPERTIES; and SHARI DENARDO:

You are notified that CHRISTOPHER PHILLIPS and ELIZABETH PHILLIPS,
the Plaintiffs, have commenced a WRIT OF SUMMONS against you.

Date    10-26-2018

*Joy Schury Ranko*

                Prothonotary

*Sandra D. Bedillion*

           Deputy Prothonotary

**JOY SCHURY RANKO, PROTHONOTARY**
My Term Expires First Monday in January, 2020

Case 20-02089-GLT Doc 6 Filed 06/02/20 Entered 06/02/20 23:42:04 Desc Main
Document Page 95 of 1034

No. 2018-6037

CHRISTOPHER PHILLIPS and
ELIZABETH PHILLIPS

Plaintiffs,

VS

MAJESTIC HILLS, LLC; NVR, INC. d/b/a
RYAN HOMES; PENNSYLVANIA SOIL
AND ROCK INCORPORATED; MARK R.
BRASHEAR; ALTON INDUSTRIES, INC.;
JOSEPH N. DENARDO d/b/a J.N.D.
PROPERTIES; and SHARI DENARDO

Defendants.

WRIT OF SUMMONS

Issued on 10-26-2018

Jeffrey P. Myers, Esquire

Attorney for Plaintiff
17025 Perry Highway
Warrendale, PA 15086

4158