# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-21595-GLT |
| | ) |
| Majestic Hills, LLC, | ) **Chapter** 11 |
| | ) |
| **Debtor,** | ) |
| _____ | ) |
| NVR, Inc. d/b/a Ryan Homes, | ) |
| **Plaintiff,** | ) **Adv. Pro. No.** 20-2084-GLT |
| v. | ) |
| Majestic Hills, LLC, *et al.*, | ) |
| **Defendants,** | ) |
| _____ | ) |
| Douglas E. Grimes and | ) |
| Suzanne M. Grimes, | ) **Adv. Pro. No.** 20-2088-GLT |
| **Plaintiffs,** | ) |
| v. | ) |
| Majestic Hills, LLC, *et al.*, | ) |
| **Defendants,** | ) |
| _____ | ) |
| Christopher Phillips and | ) |
| Elizabeth Phillips, | ) **Adv. Pro. No.** 20-2089-GLT |
| **Plaintiffs,** | ) |
| v. | ) |
| Majestic Hills, LLC, *et al.*, | ) |
| **Defendants,** | ) |
| _____ | ) |
| Christopher Phillips and | ) |
| Elizabeth Phillips, | ) **Adv. Pro. No.** 20-2090-GLT |
| **Plaintiffs,** | ) |
| v. | ) |
| NVR, Inc. d/b/a Ryan Homes, *et al.*, | ) |
| **Defendants,** | ) |
| _____ | ) |
| Jeanne Hecht, | ) |
| **Plaintiff,** | ) **Adv. Pro. No.** 20-2091-GLT |
| v. | ) |
| Majestic Hills, LLC, *et al.*, | ) |
| **Defendants,** | ) |
| _____ | ) |

| | |
|---|---|
| Jeffrey Swarek and <br> Christine Swarek, <br> **Plaintiffs,** <br> v. <br> Majestic Hills, LLC, *et al.*, <br> **Defendants,** <br> _____ | ) <br> ) **Adv. Pro. No.** 20-2092-GLT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Brian Sanders, Jessica Sanders, <br> Rajiv Bhatt, and Namrata Bhatt, <br> v. <br> NVR, Inc. d/b/a Ryan Homes, *et al.*, <br> **Defendants,** <br> _____ | ) <br> ) **Adv. Pro. No.** 20-2093-GLT <br> ) <br> ) <br> ) <br> ) <br> ) |
| North Strabane Township, <br> **Plaintiff,** <br> v. <br> Majestic Hills, LLC, *et al.*, <br> **Defendants,** <br> _____ | ) <br> ) <br> ) **Adv. Pro. No.** 20-2094-GLT <br> ) <br> ) <br> ) <br> ) <br> ) |



## EXPEDITED MOTION TO REQUEST A STATUS CONFERENCE
## TO BE HELD ON AN EXPEDITED BASIS

**AND NOW,** comes the Debtor-Defendant, Majestic Hills, LLC (the "Debtor"), by and through its attorneys, Calaiaro Valencik and Donald R. Calaiaro, hereby requests this Court schedule a status conference pursuant to 11 U.S.C. § 105(d) on an expedited basis and present the following in support:

1. On May 21, 2020, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court").

2. On June 2, 2020, the Debtor filed a Notice of Removal of several pending civil actions from the Court of Common Pleas of Washington County, Pennsylvania to the Bankruptcy Court. See Adversary Case Nos. 20-02088-GLT through 20-02094-GLT.

3. On July 17, 2020, the Bankruptcy Court held a status conference in the State Court Adversaries.

4. On July 22, 2020, the Bankruptcy Court entered an order requiring the parties to meet and confer and prepare a joint pre-mediation discovery plan to be filed on or before September 16, 2020.

5. On August 6, 2020, the parties held a telephonic meeting to discuss the joint pre-mediation discovery plan.

6. Since that date, the parties have been working diligently to prepare a consensual joint plan with several drafts and revisions being circulated amongst the parties.

7. The parties believe that there is one outstanding issue: whether parties are required to disclose financial information for the purpose of mediation.

8. The Debtor respectfully requests that the Bankruptcy Court schedule a status conference to provide guidance on this issue so that the parties can file the joint pre-mediation discovery plan before the September 16, 2020.

9. The Debtor further requests that, at the status conference, the parties discuss whether the proposed mediation should be held in person or via Zoom.

10. Pursuant to Local Rule 9013-2(a)(2), the Debtor certifies that just cause exists for the request of status conference on an expedited basis.

11. Pursuant to Local Rule 9013-2(a)(3), the Debtor certifies that the parties will not be able to file a joint pre-mediation discovery plan on or before the Court imposed deadline of September 16, 2020 if the hearing is not held on an expedited basis.

12. Pursuant to Local Rule 9013-2(a)(4), the Debtor certifies need for an expedited hearing has not been caused by any lack of due diligence on the part of any of the parties and is being brought solely by circumstances beyond their control.

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court schedule a status conference on an expedited basis to discuss the issue of whether parties are required to disclose financial information for the purpose of mediation and whether the mediation should be held in person or via Zoom.

**Respectfully Submitted,**

**DATE:** September 4, 2020

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, PA I.D. #27538**
dcalaiaro@c-vlaw.com

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**