FILED
9/8/20 9:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-21595-GLT |
| | ) |
| Majestic Hills, LLC, | ) **Chapter** 11 |
| | ) |
| **Debtor,** | )   Related Dkt. No. 141 |
| _____ | ) |
| NVR, Inc. d/b/a Ryan Homes, | ) |
| **Plaintiff,** | ) **Adv. Pro. No.** 20-2084-GLT |
| v. | ) |
| Majestic Hills, LLC, *et al.*, | )   Related Dkt. No. 271 |
| **Defendants,** | ) |
| _____ | ) |
| Douglas E. Grimes and | ) |
| Suzanne M. Grimes, | ) **Adv. Pro. No.** 20-2088-GLT |
| **Plaintiffs,** | ) |
| v. | )   Related Dkt. No. 218 |
| Majestic Hills, LLC, *et al.*, | ) |
| **Defendants,** | ) |
| _____ | ) |
| Christopher Phillips and | ) |
| Elizabeth Phillips, | ) **Adv. Pro. No.** 20-2089-GLT |
| **Plaintiffs,** | ) |
| v. | ) |
| Majestic Hills, LLC, *et al.*, | )   Related Dkt. No. 61 |
| **Defendants,** | ) |
| _____ | ) |
| Christopher Phillips and | ) |
| Elizabeth Phillips, | ) **Adv. Pro. No.** 20-2090-GLT |
| **Plaintiffs,** | ) |
| v. | ) |
| NVR, Inc. d/b/a Ryan Homes, *et al.*, | )   Related Dkt. No. 58 |
| **Defendants,** | ) |
| _____ | ) |
| Jeanne Hecht, | ) |
| **Plaintiff,** | ) **Adv. Pro. No.** 20-2091-GLT |
| v. | ) |
| Majestic Hills, LLC, *et al.*, | )   Related Dkt. No. 51 |
| **Defendants,** | ) |
| _____ | ) |

| | |
|---|---|
| Jeffrey Swarek and<br>Christine Swarek,<br>　**Plaintiffs,**<br>v.<br>Majestic Hills, LLC, *et al.*,<br>　**Defendants,** | **Adv. Pro. No.** 20-2092-GLT<br><br>Related Dkt. No.52 |
| Brian Sanders, Jessica Sanders,<br>Rajiv Bhatt, and Namrata Bhatt,<br>v.<br>NVR, Inc. d/b/a Ryan Homes, *et al.*,<br>　**Defendants,** | **Adv. Pro. No.** 20-2093-GLT<br><br>Related Dkt. No. 60 |
| North Strabane Township,<br>　**Plaintiff,**<br>v.<br>Majestic Hills, LLC, *et al.*,<br>　**Defendants,** | **Adv. Pro. No.** 20-2094-GLT<br><br>Related Dkt. No. 60 |

## ORDER

**AND NOW,** this 8th day of September, 2020, upon consideration of the expedited motion to schedule a status conference, and finding that just cause exists for the relief requested, and finding that the Movant would be harmed if the relief requested is not granted on an expedited basis, and finding that the need for a status conference has not been caused by any lack of due diligence on the part of any party and the relief sought is being brought solely by circumstances beyond the parties control, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

　1.　The Motion is **GRANTED.**

　2.　A telephonic Status Conference shall be held on **September 11, 2020** at **1:30 pm**. All counsel and parties-in-interest who intend to participate in the hearing must register with CourtCall no later than twenty-four(24) hours prior to the scheduled hearing and shall comply with Judge Taddonio's telephonic procedures.

3.  **On or before September 10, 2020 by 4:00 pm**, Responses to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

4.  Movant shall serve a copy of this completed *Scheduling Order* and the *Motion* by U.S. Mail and, (a) hand delivery or (b) fax or (c) email (separate from CM/ECF) on the Respondents, Trustee, Debtor, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

5.  All parties shall be prepared to discuss the following issues:

    (a)  The need for any party to disclose financial information for the purpose of mediation.

    (b)  Whether the proposed mediation is to be held in person or via Zoom.

Dated: 9/8/20

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT