**Majestic Hills, LLC**

Parties Served with Expedited Motion to Request a Status Conference to be Held on an Expedited Basis

| | |
|---|---|
| Ryan J. Cooney | rcooney@lampllaw.com |
| Robert Dauer, Jr. | red@muslaw.com |
| John Cromer | jcromer@bccattorneys.com |
| John Heurich | Jheurich@lynchlaw-group.com |
| Henri Marcel | hmarcel@dmvlawfirm.com |
| Kathleen Gallagher | kgallagher@porterwright.com |
| Michael Sampson | msampson@leechtishman.com |
| Samuel Simon | ssimon@hh-law.com |
| John M. Steiner | jsteiner@leechtishman.com |
| Thomas P. Agrafiotis | tpagrafiotislaw@comcast.net |
| Robert A. Arcovio | rarcovio@margolisedelstein.com |
| Thomas H. Ayoob, III | tom@pioneerls.com |
| John C. Brzustowicz | bmmlaw@brzmar.com |
| Lisa M. Burkhart | lburkhart@bmr-law.com |
| Matthew James Burne | mburne@leechtishman.com |
| Dennis Chow | dchow@fhmslaw.com |
| Jacob C. Cohn | jcohn@gordonrees.com |
| Paul K Geer | pgeer@dgmblaw.com |
| Dennis J. Geis, Jr. | dgeis@margolisedelstein.com |
| Russell D. Giancola | rgiancola@porterwright.com |
| Brian L Greenert | bgreenert@pa.gov |
| Tami Kirby Hart | tkirby@porterwright.com |
| Matthew Junker | matthewj@pioneerls.com |
| Frank Kosir | fk@muslaw.com |
| Vera Kanova | verkanova@pa.gov |
| David I. Kelch | dkelch@porterwright.com |
| Robert O Lampl | rol@lampllaw.com |
| Jamie L. Lenzi | jlenzi@c-wlaw.com |
| Catherine Loeffler | loefflercs@hh-law.com |
| Tara L. Maczuzak | tmaczuzak@dgmblaw.com |
| Marjorie A Marotta | bmmlaw@brzmar.com |
| Christian David Marquis | cdmarquis@mdwcg.com |
| Joseph B. Mayers | jmayers@themayersfirm.com |
| William Moorhead | william.moorhead@bipc.com |
| Jeffrey P. Myers | jeffrey@jpmyerslaw.com |
| Douglas R Nolin | dnolin@peacockkeller.com |
| Scott North | snorth@porterwright.com |
| Jason H. Peck | jpeck@dgmblaw.com |
| Stephen P. Plonski | splonski@margolisedelstein.com |
| Mark Louis Reilly | mark@pioneerls.com |
| Brandon B. Rothey | bbr@muslaw.com |
| Gary M. Sanderson | gms@muslaw.com |
| Thomas A Steele | tsteele@peacockkeller.com |
| Christine D Steere | csteere@dmvlawfirm.com |
| Zakarij O. Thomas | zakarij.thomas@bipc.com |
| Crystal H. Thornton-Illar | cThornton-Illar@leechtishman.com |
| Melvin L. Vatz | mvatz@vatzlaw.com |
| Larry Wahlquist | Larry.E.Wahlquist@usdoj.gov |
| Majestic Hills, LLC | |